IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION and DANA-FARBER CANCER INSTITUTE, INC., | ) ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-1107-LPS |
| | ) | |
| LOTUS PHARMACEUTICAL CO., LTD. and TEVA PHARMACEUTICAL DEVELOPMENT, INC., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT TEVA PHARMACEUTICALS DEVELOPMENT, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Teva

Pharmaceuticals Development, Inc. ("Teva"), by and through its undersigned counsel, hereby states

the following:

1.  Teva is a direct, wholly owned subsidiary of Teva Holdco US, Inc., which is not a

publicly traded company.

2.  Teva is an indirect, wholly owned subsidiary of Teva Pharmaceutical Industries Ltd.,

which is a publicly traded company.

3.  Teva Pharmaceutical Industries Ltd. is the only publicly traded company that owns

10% or more of the stock of Teva.

/s/ Nathan R. Hoeschen
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Teva Pharmaceuticals Development, Inc.*

OF COUNSEL:
Steven M. Coyle
Nicholas A. Geiger
CANTOR COLBURN LLP
20 Church Street, 22nd Floor
Hartford, CT 06103
(860) 286-2929

Dated:  September 16, 2021

2

## CERTIFICATE OF SERVICE

I, Nathan R. Hoeschen, hereby certify that on September 16, 2021, this document was

served on the persons listed below in the manner indicated:

### BY EMAIL

Daniel M. Silver
Alexandra M. Joyce
MCCARTER & ENGLISH, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

Jeremy Lowe
Steven H. Sklar
Gregory C. Bays
James W. Sanner
Keelin D. Bielski
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza
180 N. Stetson Ave., Suite 4900
Chicago, IL 60601
(312) 616-5600
jlowe@leydig.com
ssklar@leydig.com
gbays@leydig.com
jsanner@leydig.com
kbielski@leydig.com

Jane M. Love, Ph.D.
Kyanna Sabanoglu
Sung Bin Lee
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166
(212) 351-4000
jlove@gibsondunn.com
ksabanoglu@gibsondunn.com
slee3@gibsondunn.com

Anne Y. Brody, Ph.D.
Ronald A. Lee
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive,
Irvine, CA 92612-4412 USA
(949) 451-3800
abrody@gibsondunn.com
ronaldlee@gibsondunn.com

*/s/ Nathan R. Hoeschen*
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Teva Pharmaceuticals
Development, Inc.*